## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

    v.                                            :          **CRIMINAL NO. 18-183**

VANESSA O'ROURKE                  :

### O R D E R

AND NOW, this    8th       day of September, 2020, upon consideration of the government's motion to unimpound indictment, and accompanying docket papers, it is hereby

### ORDERED

that the within indictment and accompanying docket papers are **UNIMPOUNDED** and restored to the public docket, for the reasons provided in the government's motion.

Any orders, accompanying motions or other accompanying papers previously placed under impound/seal by separate order shall continue to remain under seal until further order of the Court.

**BY THE COURT:**

/s/ Harvey Bartle III

---

**HONORABLE HARVEY BARTLE III**
**United States District Judge**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-183 |
| VANESSA O'ROURKE | : | |

## MOTION TO UNIMPOUND INDICTMENT

The United States, through its undersigned attorneys, moves as follows:

1. On May 3, 2018, a grand jury in this district returned an indictment charging defendant Vanessa O'Rourke with fifteen counts of wire fraud.

2. At the request of the government, that same day the court sealed the indictment, including to protect against the risk of the defendant's fleeing prior to arrest in this matter.

3. Although the defendant is not yet in the custody despite the government's efforts, the defendant's risk of flight has significantly diminished. This is because, among other reasons, the defendant is known to be residing in Australia, and she at least generally aware of the charges filed in this case.

4. Accordingly, the government requests that its motion be granted.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney

*/s/ Kevin Jayne*
KEVIN JAYNE
Assistant United States Attorney